IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  09-cv-01495-PAB-MEH

COURTNEY M. KELLY,

    Plaintiff,

v.

LINCOLN COMMUNITY HOSPITAL AND NURSING HOME,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No.15].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 17, 2009.

                                    BY THE COURT:

                                    s/ Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge